**Order filed September 21, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00629-CV
_____

### HAVEN CHAPEL UNITED METHODIST CHURCH, Appellant

### V.

### WILLIAM MICHAEL LEEBRON II, ET AL., Appellees

On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 62845-A

## O R D E R

The clerk's record was filed September 15, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before October 19, 2015, containing the notice of appeal.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM